FILED: September 1, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1530
(4:13-cv-00161-D)

_____

GTC SERVICES, LLC

  Plaintiff - Appellant

v.

REGION Q WORKFORCE INVESTMENT CONSORTIUM; MID-EAST COMMISSION

  Defendants - Appellees

_____

O R D E R

_____

  Upon consideration of submissions relative to the motion to dismiss appeal for failure to prosecute and the motion for extension of time in which to file the opening brief and joint appendix, the court defers consideration of the motions pending the filing of the opening brief and joint appendix by September 29, 2015.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk